_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 16 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   **MJ20 - 089 (4)**
                                              )
The Storage unit # 3348, located at 12425 NE 124th St., )
Kirkland, WA, more fully described in Attachment A4 )
                                              )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      Western      District of      Washington
*(identify the person or describe the property to be searched and give its location)*:

The Storage unit # 3348, located at 12425 NE 124th St., Kirkland, WA, more fully described in Attachment A4

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B4 for list of items to be seized.

YOU ARE COMMANDED to execute this warrant on or before   **3/10/20**   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   February 25, 2020 at 9:45a.m.     _____
                                                                 *Judge's signature*

City and state:     Seattle, Washington             Mary Alice Theiler, United States Magistrate Judge
                                                       *Printed name and title*

USAO# 2018R00225

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ20-089 | Date and time warrant executed: 2/26/2020   10:55 am | Copy of warrant and inventory left with: in Storage Unit |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: See attached FD-597 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

3/23/20

Date: 3/13/2020

_Executing officer's signature_

Michael Stolls, Special Agent FBI
_Printed name and title_

USAO# 2018R00225

FD-597 (Rev. 4-13-2015)    Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 266V-SE-3114255

On (date): 2/26/2020

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Cameron Branden Shea

(Street Address) Storage Unit #3348  12425 NE 124th St. Kirkland, WA

(City) Kirkland, WA

Description of Item(s):
- (1) Journal
- (1) White Power book
- (1) Samsung Chrome Book  S/N 1BEF9FAFA23256T
- (1) Dell laptop service tag # 43JV2F1
- (1) USB Flash Drive
- (1) Ruger EC9S pstl  S/N 455-78434
- (1) Ammunition and magazines from Ruger EC9S
- (1) External Harddrive "My passport" S/N WXH1AB753YC2
- (1) Dell laptop computer service tag BP3TQD1
- (1) Bag of Nazi/AWD stickers and cards
- (1) Racist Pamphlets
- (1) Pixma Printer Black S/N: KLGW71884
- (1) Multiple loose rounds of Ammo
- Multiple pistol and Rifle magazines
- (1) plastic Ammo container w/ Ammo
- (3) Syringes labeled "alacabenz" one empty
- (1) Jar labeled Hawaiians

Received By: (Signature)
Printed Name/Title: Katherine Murphy/SA

Received From: (Signature)
Printed Name/Title:

## ATTACHMENT A4
### Property to be Searched

The property to be searched is Storage unit # 3348. It is a 5' x 10' storage unit located within the Public Storage at 12425 NE 124th St., Kirkland, WA





Attachment A4
USAO#2018R00225 – Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B4
## Property to be Seized

Documents (in whatever form) relating to violations of Title 18, United States Code, Sections 2261A (Stalking); 876(c) (Mailing Threatening Communications); 245 (Federally Protected Activities); and 371 (Conspiracy), that is:

1. All documents relating to attempts to locate the home addresses of any members of the media, the Anti-Defamation League, persons who identify as Jewish, or ethnic minorities;

2. All documents relating to the Atomwaffen Division, including members of the group;

3. All documents containing swastikas, other Nazi symbols, or other symbology related to white-supremacist violent extremism;

4. All stamps, packaging tape, and blank envelopes;

5. All receipts reflecting purchases of stamps, packaging tape, or blank envelopes in January 2020;

6. All documents containing the monikers "Krokodil," "Lazarus," "14ALG88," "Azazel," "Roman," "Swissdiscipline," "OldScratch," or "पकजबतचषथबल";

7. All communications with Kaleb Cole;

8. Digital devices or other electronic storage media and/or their components, which include:

    a. Any digital device or other electronic storage media capable of being used to commit, further, or store evidence of the offenses listed above;

    b. Any digital devices or other electronic storage media used to facilitate the transmission, creation, display, encoding or storage of data, including word processing equipment, modems, docking stations, monitors, cameras, printers, plotters, encryption devices, and optical scanners;

    c. Any magnetic, electronic or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-R, CD-RWs, DVDs, optical

Attachment B4
USAO#2018R00225 – Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

       disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, and personal digital assistants;

   d. Any documentation, operating logs and reference manuals regarding the operation of the digital device or other electronic storage media or software;

   e. Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices, or data to be searched;

   f. Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices or data; and

   g. Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data.

9. For any digital device or other electronic storage media upon which electronically stored information that is called for by this warrant may be contained, or that may contain things otherwise called for by this warrant:

   a. evidence of who used, owned, or controlled the digital device or other electronic storage media at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   b. evidence of software that would allow others to control the digital device or other electronic storage media, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

   c. evidence of the lack of such malicious software;

   d. evidence of the attachment to the digital device of other storage devices or similar containers for electronic evidence;

   e. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the digital device or other electronic storage media;

Attachment B4
USAO#2018R00225 – Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

    f. evidence of the times the digital device or other electronic storage media was used;

    g. passwords, encryption keys, and other access devices that may be necessary to access the digital device or other electronic storage media;

    h. documentation and manuals that may be necessary to access the digital device or other electronic storage media or to conduct a forensic examination of the digital device or other electronic storage media;

    i. contextual information necessary to understand the evidence described in this attachment.

**THE SEIZURE OF DIGITAL DEVICES OR OTHER ELECTRONIC STORAGE MEDIA AND/OR THEIR COMPONENTS AS SET FORTH HEREIN IS SPECIFICALLY AUTHORIZED BY THIS SEARCH WARRANT, NOT ONLY TO THE EXTENT THAT SUCH DIGITAL DEVICES OR OTHER ELECTRONIC STORAGE MEDIA CONSTITUTE INSTRUMENTALITIES OF THE CRIMINAL ACTIVITY DESCRIBED ABOVE, BUT ALSO FOR THE PURPOSE OF THE CONDUCTING OFF-SITE EXAMINATIONS OF THEIR CONTENTS FOR EVIDENCE, INSTRUMENTALITIES, OR FRUITS OF THE AFOREMENTIONED CRIMES**

Attachment B4
USAO#2018R00225 – Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970